01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                AT SEATTLE

08 UNITED STATES OF AMERICA,            )    CASE NO. CR02-279-JCC
                                        )
09        Plaintiff,                    )
                                        )
10        v.                            )    SUMMARY REPORT OF U.S.
                                        )    MAGISTRATE JUDGE AS TO
11 LAFLESHE HERMINIA BROUSSARD,         )    ALLEGED VIOLATIONS
                                        )    OF SUPERVISED RELEASE
12        Defendant.                    )
   _____  )
13

14        An evidentiary hearing on supervised release revocation in this case was scheduled before

15 me on April 14, 2006.  The United States was represented by AUSA Karyn S. Johnson and the

16 defendant by Howard Ratner.  The proceedings were digitally recorded.

17        Defendant had been sentenced on or about January 24, 2003 by the Honorable John C.

18 Coughenour on a charge of Bank fraud, and sentenced to 1 day in custody, 5 years supervised

19 release. (Dkt. 23.)

20        The conditions of supervised release included the standard conditions plus the requirements

21 that defendant submit to search, participate in a mental health program, participate in a home

22 confinement program with electronic monitoring for 120 days, restitution in the amount of

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  $19,950.00, provide access to financial information, maintain a single checking account for all

02  financial transactions, provide financial information regarding any business interests, disclose all

03  assets and liabilities, and no new credit without permission.

04      Due to noncompliance, the conditions of supervised release were modified on June 2,

05  2003, to require residence in a halfway house for up to 120 days.  The defendant was required to

06  secure an approved release address and obtain employment, with discharge within 60 days if in

07  full compliance. (Dkt. 24.)

08      The conditions of supervised release were further modified on December 16, 2005 to

09  require the defendant to participate in a home confinement program with electronic monitoring

10  for up to 120 days based on additional noncompliance issues. (Dkt. 26.)

11      In an application dated March 28, 2006 (Dkt 27), U.S. Probation Officer Michael S.

12  Larsen alleged the following violation of the conditions of probation:

13      1.      Failing to satisfactorily participate in the home confinement program in violation

14  of the special condition requiring her to participate in the home confinement program, as directed

15  by the probation officer, for up to 120 days.

16      Defendant was advised in full as to those charges and as to her constitutional rights.

17      Defendant admitted the alleged violations and waived any evidentiary hearing as to

18  whether they occurred.

19      I therefore recommend the Court find defendant violated her supervised release as alleged,

20  and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

21  set before Judge Coughenour.

22      Pending a final determination by the Court, defendant has been released on the conditions

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01 of supervision, with additional conditions set forth in an appearance bond issued by this Court.

02      DATED this  14th  day of  April , 2006.

03

04                                    _____
                                      Mary Alice Theiler
                                      United States Magistrate Judge
05

06

07 cc:      District Judge:              Honorable John C. Cougheneour
           AUSA:                        Karyn S. Johnson
           Defendant's attorney:        Howard Ratner
08         Probation officer:           Michael S. Larsen

09

10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3