UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR02-0279-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| LAFLESHE HERMINIA BROUSSARD, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 6, 2007. The United States was represented by Assistant United States Attorney Karyn Johnson, and the defendant by Mr. Howard Ratner.

The defendant had been charged and convicted of Bank Fraud. On or about January 24, 2003, defendant was sentenced by the Honorable John C. Coughenour to a term of one (1) day in custody to be followed five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participating in a mental-health treatment program, possessing no firearms, consenting to search and seizure, maintaining a single checking account, obtaining no new credit, financial disclosure, restitution in the amount of $19,950.00, and up to 180 days of home confinement.

In a Petition for Warrant or Summons, dated May 7, 2007, U.S. Probation Officer John M. Ischii asserted the following violations by defendant of the conditions of her supervised

release:

(1) Leaving the judicial district without permission, on or about January 4, 2007, in violation of standard condition number 1.

(2) Committing the crime of theft, on or about January 4, 2007, in violation of the general condition of supervised release not to commit any local, state, or federal crime.

(3) Failing to pay restitution, as directed by the defendant's United States Probation Officer, from May 2006 to October 2006, and from January 2007 to February 2007, in violation of the special condition of supervision.

The defendant was advised of her rights, acknowledged those rights, and admitted to the three alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1, 2, and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on June 14, 2007, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 7th day of June, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:	District Judge:	Honorable John C. Coughenour
	AUSA:	Ms. Karyn Johnson
	Defendant's attorney:	Mr. Howard Ratner
	Probation officer:	Mr. Jonathan Ischii

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2